

# Fourth Court of Appeals
## San Antonio, Texas

January 5, 2022

No. 04-20-00457-CV

**WK PROPERTIES, INC.**; WTK Services, Inc.; and WTK Properties, LTD.,
Appellants

v.

**PERRIN SA PLAZA, LLC**,
Appellee

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2017-CI-19383
Honorable Mary Lou Alvarez, Judge Presiding

# O R D E R

Sitting:      Rebeca C. Martinez, Chief Justice
              Patricia O. Alvarez, Justice
              Beth Watkins, Justice

On November 24, 2021, this court issued its opinion affirming the trial court's judgment.

On January 4, 2022, Appellee filed an "Unopposed Motion for Expedited Issuance of Mandate." Appellee explained that the parties have reached a settlement agreement, and Appellee requests that the mandate be issued "on an expedited basis so that the settlement can be consummated." *See* TEX. R. APP. P. 18.1(c).

Appellee's unopposed motion is GRANTED. We direct the clerk of this court to issue the mandate immediately. *See id.* R. 18.1.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 5th day of January, 2022.



Michael A. Cruz,
Clerk of Court